# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   17−36244−KLP
**Chapter**   7
**Judge**   Keith L. Phillips

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christina M. Taylor
 500 Stockton Street
Apt. A112
Richmond, VA 23224

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−3231

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

**NOTICE OF HEARING**

A

*11* − Reaffirmation Cover Sheet and Reaffirmation Agreement with Bank of America filed by Bruce W. White on behalf of Christina M. Taylor. (White, Bruce)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  April 18, 2018           **Time:**   10:00 AM

**Location:**

Judge Phillips' − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219


Dated:  March 9, 2018                           For the Court,

                                                William C. Redden, Clerk
[VAN022BKAPvDec2009.jsp]                        United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Christina M. Taylor  
    Debtor

Case No. 17-36244-KLP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: smithla     Page 1 of 1     Date Rcvd: Mar 09, 2018  
                  Form ID: VAN022     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.
```
db          +Christina M. Taylor,   500 Stockton Street,   Apt. A112,   Richmond, VA 23224-4298
            +BANK OF AMERICA, N.A.,   16001 N. DALLAS PKWY,   MAIL STOP TX8-044-0202,
              ADDISON, TX 75001-3311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:
```
          Bruce W. White    on behalf of Debtor Christina M. Taylor gailwhite28@gmail.com,
           brucewwhite@gmail.com;brucebwhite@gmail.com;r43784@notify.bestcase.com
          Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
          Lynn L. Tavenner    ltavenner@tb-lawfirm.com,
           sleadbeater@tb-lawfirm.com;amorris@tb-lawfirm.com;ltavenner@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```